

NUMBER 13-16-00350-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE SOLIS LAW FIRM

On Petition for Writ of Mandamus.

# ORDER

**Before Justices Rodriguez, Benavides, and Perkes**
**Per Curiam Order**

Relator, Solis Law Firm, filed a petition for writ of mandamus in the above cause on July 5, 2016, requesting that we direct the trial court to withdraw its June 1, 2016 order and issue an order: (1) vacating the trial court's June 1, 2016 rulings denying Relator's objections to Plaintiffs' Exhibits B and D offered in support of their Opposition to Defendants' Motion to Disqualify Plaintiffs' Counsel and sustain such objections; (2) state Marlene Dougherty is disqualified from acting as counsel in this matter; (3) state Plaintiffs are directed to obtain new counsel within thirty days from the date of Dougherty's dismissal; and (4) state that if Plaintiffs fail to obtain new counsel, this action will be

dismissed. The Court requests that the real party in interest, Francisco Javier Barrios Almeida, Marco Antonio Barrios Rojo, Erika Barraza Moreno and Roger Wayne Avelar, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of twenty days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
6th day of July, 2016.